FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH and TAYNA WYMA, individually and as the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:24-CV-00420-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT DAWN AMBERSON<br><br>**ECF No. 9** |

**BEFORE THE COURT** is the parties' "Stipulation for Dismissal of All Claims Against Defendant Dawn Amberson." ECF No. 9. Plaintiffs are represented by Ryan M. Best; Defendant is represented by Julia D. Nordlinger and Michael S. Rogers.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The parties' stipulation to dismiss, **ECF No. 9**, is **GRANTED.**

2. Plaintiffs' claims against Defendant Dawn Amberson are **DISMISSED WITH PREJUDICE and without an award of costs or attorneys' fees to any party**.

///

ORDER - 1

3.	The caption in this matter shall henceforth correctly denote Defendant as "STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company."

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

DATED February 7, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2