FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH and TANYA WYMA, individually and as the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:24-CV-00420-ACE<br><br>ORDER GRANTING STIPULATION OF DISMISSAL<br><br>**ECF No. 21** |

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice. ECF No. 21. Ryan M. Best represents Plaintiffs; Defendant is represented by Julia D. Nordlinger. The Court has reviewed the pending stipulation and is fully informed. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulation of dismissal, **ECF No. 21**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED February 24, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1